# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON KLEIN, | ) |
|        Plaintiff, | ) |
| vs. | )    Case No. CIV-11-956-M |
| G. A. PURYEAR IV, et al., | ) |
|        Defendants. | ) |

## ORDER

On February 29, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation Concerning Request for "Temporary Injunction" in this action filed pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court deny plaintiff's request for a "temporary injunction" as premature. Plaintiff was advised of his right to object to the Report and Recommendation by March 19, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation Concerning Request for "Temporary Injunction" issued by the Magistrate Judge on February 29, 2012, and

(2) DENIES plaintiff's Motion for Temporary Injunction [docket no. 1] as premature.

**IT IS SO ORDERED this 28th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE