# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON KLEIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-11-956-M ) |
| CORR. CORP. OF AMERICA, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

On May 30, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court *sua sponte* order dismissal without prejudice for failure to diligently prosecute the action. Plaintiff was advised of his right to object to the Report and Recommendation by June 18, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 30, 2012, and

(2) DISMISSES this action without prejudice for failure to diligently prosecute the action.

**IT IS SO ORDERED this 28th day of June, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE